DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD LANDRY KITTLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1977

[October 11, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 93-21770CF10A and 94-4138CF10A.

Chad Landry Kittles, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and Forst, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***